NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REYNALDO MILLETTE, DOC #S10037,    )
                                            )
         Appellant,                  )
                                            )
v.                                               )
                                            )      Case No. 2D17-1299
STATE OF FLORIDA,                  )
                                            )
         Appellee.                   )
_____ )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Reynaldo Millette, pro se.


PER CURIAM.


       Affirmed.


SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.